SPRINGER ET AL. *v.* REPUBLIC CONSTRUCTION COMPANY.

[No. 11,161.   Filed June 23, 1921.   Rehearing denied November 30, 1921.]

From Marion Circuit Court (28,830) ; *Louis B. Ewbank,* Judge.

Action between Clyde E. Springer and others and the Republic Construction Company. From the judgment rendered, the former appeal. *Affirmed.*

*Clinton H. Givan* and *Nobel H. Wible,* for appellants.
*Pickens, Cox & Conder* and *William D. Bain,* for appellee.

McMAHAN, J.—The questions presented in this appeal are the same as were presented in *Kellems v. Republic Construction Co., ante* 18, and on the authority of that case the judgment is affirmed.

---

SCHELL *v.* REPUBLIC CONSTRUCTION COMPANY.

[No. 11,162.   Filed June 23, 1921.   Rehearing denied November 30, 1921.]

From Marion Circuit Court (28,831) ; *Louis B. Ewbank,* Judge.

Action between Louis Schell and others and the Republic Construction Company. From the judgment rendered, the former appeal. *Affirmed.*

*Clinton H. Givan* and *Noble H. Wible,* for appellants.
*Pickens, Cox & Conder* and *William D. Bain,* for appellee.

McMAHAN, J.—The questions presented by this appeal are the same as were presented in *Kellems v. Republic Construction Co., ante* 18, and on the authority of that case the judgment is affirmed.

---

KOHLER *v.* GRZESK.

[No. 10,979.   Filed January 3, 1922.]

From St. Joseph Circuit Court; *George A. Crane,* Special Judge.

Action by W. Alex Grzesk against John Kohler. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*Arthur L. Gilliom,* for appellant.
*Eli F. Seebirt* and *Daniel D. Schurtz,* for appellee.

NICHOLS, J.—This is an appeal from a judgment for damages for the conversion of an automobile.